IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PASCAL GEDEON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-5481 |
| | : | |
| BOP, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 27th day of October, 2025, upon consideration of Plaintiff Pascal Gedeon's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prison Trust Fund Statement (ECF No. 8), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. All claims based on Gedeon's confinement at FDC Philadelphia are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum. The Clerk of Court is **DIRECTED** to terminate FDC Philadelphia as a Defendant in this case.

4. The balance of the claims contained in the Complaint are **TRANSFERED** to the United States District Court for the Western District of Pennsylvania.

5. Gedeon's Motion for Temporary Restraining Order (ECF No. 5) shall be left to the discretion of the transferee court.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                    BY THE COURT:

                                                    */s/ John M. Gallagher*
                                                    **JOHN M. GALLAGHER, J.**